Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  19−11269−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    William M. Ryan
    1606 Oakwood Road
    Belmar, NJ 07719
Social Security No.:
    xxx−xx−0268
Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 12/17/19 at 09:00 AM

to consider and act upon the following:

*26* − Certification in Opposition to Creditors Certification of Default (related document:25 Creditor's Certification of Default (related document:22 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of Specialized Loan Servicing, LLC. Objection deadline is 11/27/2019. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Certificate of Service) filed by Creditor Specialized Loan Servicing, LLC) filed by Joseph Casello on behalf of William M. Ryan. (Casello, Joseph)

Dated: 11/25/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court