| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>822801<br>PHELAN HALLINAN DIAMOND & JONES, PC<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>856-813-5500<br>Attorneys for Secured Creditor: SPECIALIZED LOAN SERVICING LLC | Order Filed on December 13, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>WILLIAM M. RYAN | Case No: 19-11269 - MBK<br><br>Hearing Date: 11/05/2019<br><br>Judge:  MICHAEL B KAPLAN |

## ORDER RESOLVING OBJECTION TO CONFIRMATION

The order set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: December 13, 2019**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

**NJID 822801**
PHELAN HALLINAN DIAMOND & JONES, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
Attorneys for SPECIALIZED LOAN SERVICING LLC.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:

WILLIAM M. RYAN                    CASE NO. 19-11269 - MBK

                                   CHAPTER 13

   Debtor

                                   ORDER RESOLVING
                                   OBJECTION TO CONFIRMATION

                                   HEARING DATE: 11/05/2019

This Order pertains to the property located at 1606 OAKWOOD ROAD, WALL TOWNSHIP, NJ 07719, mortgage account ending with "4124";

THIS MATTER having been brought before the Court by, Joseph Casello , Esquire, Esquire attorney for debtor, WILLIAM M. RYAN upon the filing of a Chapter 13 Plan, SPECIALIZED LOAN SERVICING LLC, by and through its attorneys, Phelan Hallinan Diamond & Jones, PC having filed an Objection to the Confirmation of said Chapter 13 Plan and the parties having subsequently resolved their differences; substance and entry of the within Order; and for other and good cause shown:

IT IS on the                day of                , 2019, ORDERED as follows:

1.    The debtor plan is hereby amended to allow **$31,886.86** to be paid to SPECIALIZED LOAN SERVICING LLC. Said amount reflects that found on SPECIALIZED LOAN SERVICING LLC's Proof of Claim.

2.    If required by the Chapter 13 Trustee, Debtor agrees to amend their Chapter 13 Plan post-confirmation to provide for the arrears listed in SPECIALIZED LOAN SERVICING LLC's allowed secured proof of claim.

3.    Debtor acknowledge that the monthly post-petition mortgage payment amount is subject to change in accordance with the terms of the note and mortgage.

4.    This Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-11269-MBK
William M. Ryan                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Dec 13, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2019.
db          +William M. Ryan,   1606 Oakwood Road,   Belmar, NJ 07719-3136

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing, LLC
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    SPECIALIZED LOAN SERVICING LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joseph   Casello    on behalf of Debtor William M. Ryan jcasello@cvclaw.net, jcasello627@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    Specialized Loan Servicing, LLC
               rsolarz@kmllawgroup.com
              Robert   Davidow    on behalf of Creditor    SPECIALIZED LOAN SERVICING LLC nj.bkecf@fedphe.com
              Robert   Davidow    on behalf of Creditor    LOANDEPOT.COM, LLC nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8