Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  19−11269−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   William M. Ryan
   1606 Oakwood Road
   Belmar, NJ 07719

Social Security No.:
   xxx−xx−0268

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/14/20.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 14, 2020
JAN: ckk

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                  Case No. 19-11269-MBK
William M. Ryan                                                                          Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-3                           User: admin                                  Page 1 of 3
Date Rcvd: Oct 14, 2020                  Form ID: 148                                 Total Noticed: 35

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#           Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William M. Ryan, 1606 Oakwood Road, Belmar, NJ 07719-3136 |
| cr | + | LOANDEPOT.COM, LLC, Phelan Hallinan Diamond & Jones, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | SPECIALIZED LOAN SERVICING LLC, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 517979808 | + | Barron Emergency Physicians, 9550 Regency Square Blvd, Jacksonville, FL 32225-8116 |
| 517979809 | + | Brielle Sports Club, 629 Higgins Ave, Brielle, NJ 08730-1480 |
| 518059676 | + | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 517979811 | #+ | First Credit Services, 377 Hoes Lane, Suite 200, Piscataway, NJ 08854-4155 |
| 517979812 | + | GEM Recovery Systems, 800 Kinderkamack Road, Suite 206 N., Oradell, NJ 07649-1554 |
| 517979814 | + | Loan Depot, PO Box 77423, Trenton, NJ 08628-7423 |
| 517979816 | | MONOC, 4806 Megill Road Wall Township, Neptune, NJ 07753 |
| 518003014 | + | Monmouth Ocean Hospital Service Corp, c/o GEM Recovery Systems, 800 Kinderkamack Road Suite 206N, Oradell, NJ 07649-1554 |
| 518030524 | | Pendrick Capital Partners II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 517979817 | + | Phelan Hallinan Diamond & Jones,PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518140579 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 517979820 | + | Susan Ryan, 901 Beach Ave, Apt 3, Bradley Beach, NJ 07720-1707 |
| 517979822 | + | Transworld Systems, PO Box 15095, Wilmington, DE 19850-5095 |
| 518054193 | + | U.S. Small Business Administration, 2 North 20th Street, Suite 320, Birmingham, AL 35203-4002 |
| 517979824 | + | US Treasury-Financial Mgmt, PO Box 830794, Birmingham, AL 35283-0794 |
| 517979823 | | University Radiology Group, PO Box 1075, East Brunswick, NJ 08816-1075 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 14 2020 21:59:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 14 2020 21:59:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517979807 | | Email/Text: ebn@americollect.com | Oct 14 2020 21:59:00 | Americollect, 1851 S Alverno Road, Manitowoc, WI 54220 |
| 518008677 | | EDI: GMACFS.COM | Oct 15 2020 01:18:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 517979806 | + | EDI: GMACFS.COM | Oct 15 2020 01:18:00 | Ally Financial, P O Box 380901, Bloomington, MN 55438-0901 |
| 517979813 | | EDI: IRS.COM | Oct 15 2020 01:23:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 517979810 | | EDI: JPMORGANCHASE | Oct 15 2020 01:23:00 | Chase Card, P.O. Box 15298, Wilmington, DE 19850 |
| 517979815 | + | EDI: MID8.COM | Oct 15 2020 01:23:00 | Midland Funding LLC, 2365 Northside Drive, |

Case 19-11269-MBK    Doc 46    Filed 10/16/20    Entered 10/17/20 00:47:59    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 14, 2020 | Form ID: 148 | Total Noticed: 35 |

| | | | | |
|---|---|---|---|---|
| | | | | Suite 300, San Diego, CA 92108-2709 |
| 518063083 | + | EDI: MID8.COM | Oct 15 2020 01:23:00 | Midland Funding LLC, P.O. Box 2011, Warren, MI 48090-2011 |
| 518156874 | | EDI: PRA.COM | Oct 15 2020 01:23:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 518156866 | | EDI: PRA.COM | Oct 15 2020 01:23:00 | Portfolio Recovery Associates, LLC, c/o Onemain Financial Issuance Trust, POB 41067, Norfolk VA 23541 |
| 517979818 | | EDI: PRA.COM | Oct 15 2020 01:23:00 | PRA Receivables Management, LLC, PO Box 12914, Norfolk, VA 23541-0914 |
| 517979819 | | Email/Text: bankruptcynotices@sba.gov | Oct 14 2020 21:58:00 | Small Business Administration, 1441 L Street NW Mail Code 5460, Washington, DC 20416-0001 |
| 517979821 | | EDI: RMSC.COM | Oct 15 2020 01:23:00 | Synchrony Bank, PO Box 965033, Orlando, FL 32896-5033 |
| 517981032 | + | EDI: RMSC.COM | Oct 15 2020 01:23:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518136687 | + | EDI: AIS.COM | Oct 15 2020 01:23:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 16, 2020    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Specialized Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor SPECIALIZED LOAN SERVICING LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Joseph Casello | |

on behalf of Debtor William M. Ryan jcasello@cvclaw.net  jcasello627@gmail.com

Rebecca Ann Solarz

on behalf of Creditor Specialized Loan Servicing  LLC rsolarz@kmllawgroup.com

Robert Davidow

on behalf of Creditor SPECIALIZED LOAN SERVICING LLC nj.bkecf@fedphe.com

Robert Davidow

on behalf of Creditor LOANDEPOT.COM  LLC nj.bkecf@fedphe.com

Sherri Jennifer Smith

on behalf of Creditor SPECIALIZED LOAN SERVICING LLC nj.bkecf@fedphe.com  nj.bkecf@fedphe.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10